| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tilley, Jr., Norwood C. | 2. Court or Organization<br><br>U.S. District Court, MDNC | 3. Date of Report<br><br>07/12/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>P. O. Box 3443, Room 303<br>324 West Market Street<br>Greensboro, N.C. 27402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Board of Visitors | Wake Forest University School of Law |
| 2. Director | Chief Justice Joseph Branch Inn (American Inns of Court) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

Tilley , Jr., Norwood C.

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Part-time, Davidson County Community College; State retirement income from service as an administrator, Davidson County Community College |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3 IRAs (CDs) Wachovia Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 2. 2 IRAs First Citizens Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 3. 1 IRA (Mutual) MFS Capital Opportunities Fund, MFS Heritage | A | Interest | K | T | | | | | |
| 4. Savings Acct, First Citizens Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 5. Checking Acct, Truliant Federal Credit Union | A | Interest | J | T | | | | | |
| 6. Quest Acct, First Citizens Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 7. General Motors - Old | | None | | | Closed | 01/01/10 | J | | |
| 8. NewBridge Bank | | None | J | T | | | | | |
| 9. Bank of North Carolina | A | Dividend | J | T | | | | | |
| 10. Checking Acct, NewBridge Bank | A | Interest | J | T | | | | | |
| 11. State Employees Credit Union, Money Market | A | Interest | M | T | | | | | |
| 12. Bank of North Carolina | A | Interest | J | T | | | | | |
| 13. Wendy Arby's Group | | None | | | Open | 02/01/10 | J | | |
| 14. | | | | | Sold | 02/03/10 | J | | |
| 15. Wendy Arby's Group | | None | | | Open | 02/01/10 | J | | |
| 16. | | | | | Sold | 03/15/10 | J | | |
| 17. 1 IRA Putnam Fiduciary Trust Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Putnam Growth & Income A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 19. -Putnam Multi-Cap Growth Fund A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 20. -Putnam International Equity A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 21. -Putnam Research Fund A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 22. Davidson Federal S & L (Y) | | | | | | | | | |
| 23. Edward Jones brokerage account #1 | | | | | | | | | |
| 24. -Cash | A | Interest | J | T | Open | 08/10/10 | J | | |
| 25. -Torrance CA Uni Sch Dist B-2 | A | Interest | J | T | Open | 08/10/10 | J | | |
| 26. | | | | | Sold (part) | 08/10/10 | J | A | |
| 27. -GE Capital Corp InterNotes | A | Interest | J | T | Open | 08/10/10 | J | | |
| 28. | | | | | Sold (part) | 08/10/10 | J | A | |
| 29. -BB&T Corp | A | Dividend | J | T | Open | 08/10/10 | J | | |
| 30. -Coca Cola Co | A | Dividend | K | T | Open | 08/10/10 | J | | |
| 31. | | | | | Sold (part) | 08/10/10 | J | A | |
| 32. -Comcast Corp CL A | A | Dividend | J | T | Open | 08/10/10 | J | | |
| 33. | | | | | Sold (part) | 08/10/10 | J | A | |
| 34. -Duke Energy Corp | A | Dividend | J | T | Open | 08/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 08/10/10 | J | A | |
| 36.  -NC Cap Fac Fin Agy | A | Interest | | | Open | 08/10/10 | J | | |
| 37. | | | | | Sold | 08/10/10 | J | A | |
| 38.  -Newbridge Bancorp | A | Dividend | K | T | Open | 08/10/10 | J | | |
| 39. | | | | | Sold (part) | 08/10/10 | J | A | |
| 40.  -Progress Energy Inc. | A | Dividend | J | T | Open | 08/10/10 | J | | |
| 41.  -Spectra Energy Corp | A | Dividend | J | T | Open | 08/10/10 | J | | |
| 42.  -Stryker Corp | A | Dividend | J | T | Open | 08/10/10 | J | | |
| 43.  Edward Jones brokerage account #2 | | | | | | | | | |
| 44.  -Cisco Systems, Inc. | | None | J | T | | | | | |
| 45.  -Home Depot | A | Dividend | J | T | | | | | |
| 46.  -Pepsico | A | Dividend | J | T | | | | | |
| 47.  -American High Income Trust | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 48.  -Bond Fund of America CLA | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 49.  -Capital Income Builder Fund CL A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 50.  -Capital World Growth & Income Fund Cl A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 51.  -Fundamental Investors Fund CL A | A | Dividend | J | T | Open | 02/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Income Fund of America Fund CL A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 53. -New Economy Fund CL A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 54. -Putnam Multi Cap Growth Fund Cl A | | None | J | T | Open | 02/01/10 | J | | |
| 55. Edward Jones IRA | | | | | | | | | |
| 56. -Fundamental Investors Fund | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 57. -New Perspective Fund CL A | A | Dividend | J | T | Open | 02/01/10 | J | | |
| 58. Lexington Womens Investment Club | | | | | | | | | |
| 59. -Apple Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 60. -Abbott Laboratories | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 61. -AFLAC Incorporated | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 62. -Berkshire Hathaway Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 63. -Caterpillar, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 64. -Cisco Systems, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 65. -Chevron Corporation | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 66. -Walt Disney Company | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 67. -Duke Energy Corporation | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 68. -eBay Inc | A | Dividend | | | Buy | 07/28/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/31/10 | J | A | |
| 70. -Frontier Communications Corp | A | Dividend | | | Buy | 07/28/10 | J | | |
| 71. | | | | | Sold | 08/02/10 | J | A | |
| 72. -General Electric Company | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 73. -Corning Incorporated | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 74. -Google Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 75. -HCP, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 76. -Johnson & Johnson | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 77. -Lowes Companies, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 78. -Allscripts-Misys Healthcare | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 79. -Medtronic, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 80. -Monsanto Company | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 81. -Microsoft Corporation | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 82. -Pepsico, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 83. -Procter & Gamble Company | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 84. -Potash Corporation of Saskatche | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 85. -Royal Dutch Shell PLC Royal Dut | A | Dividend | J | T | Buy | 07/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Sprint Nextel Corporation Comm | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 87. -Spectra Energy Corp | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 88. -AT&T Inc. | A | Dividend | | | Buy | 07/28/10 | J | | |
| 89. | | | | | Sold | 11/02/10 | J | | |
| 90. -Verizon Communications, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 91. -Wells Fargo & Company | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 92. -MEMC Electronic Materials, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 93. -Wal-Mart Stores, Inc | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 94. -Wesco Financial Corporation | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 95. -Aeropostale Inc | A | Dividend | J | T | Buy | 08/02/10 | J | | |
| 96. -Targacept Inc | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 97. -Google Inc | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 98. -Targacept Inc | A | Dividend | J | T | Buy | 11/02/10 | J | | |
| 99. -Hatteras Finl Corp | A | Dividend | J | T | Buy | 11/02/10 | J | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Norwood C. Tilley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544